UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 5:23-cr-81-JA-PRL

VIVIANA RODRIGUEZ

## UNITED STATES' DISCOVERY NOTICE

The United States, in compliance with this Court's Scheduling Order (Doc. 38) (the "Scheduling Order"), hereby notifies the Court as follows:[1]

## NOTICE

As of the date of filing this Notice, the United States has provided to defense counsel all discovery materials presently in the possession of the United States that fall within Rule 16 and/or the Scheduling Order, including, but not limited to, those items set forth in Paragraphs I(B) through I(W) of the Scheduling Order. *See* Attachment A (initial discovery response of the United States). These materials were provided to defense counsel on September 15, 2023.

The United States recognizes its continuing duty to disclose discovery that comes into the United States' possession after the date of this filing. The

---

[1] Specifically, the United States files this Notice in compliance with Paragraph I(Y) of the Scheduling Order.

United States will comply with that duty in accordance with the Scheduling Order.

THEREFORE, the United States respectfully requests that the Court take notice that the United States has complied with the discovery obligations set forth in the Scheduling Order.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:   *s/ Sarah Janette Swartzberg*
      Sarah Janette Swartzberg
      Assistant United States Attorney
      Florida Bar No. 1024847
      35 SE 1st Avenue, Suite 300
      Ocala, Florida 34471
      Telephone:   (352) 547-3600
      Facsimile:    (352) 547-3623
      E-mail:       sarah.swartzberg@usdoj.gov

**U.S. v. Viviana Rodriguez**                    **Case No. 5:23-cr-81-JA-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

Serbo C. Simeoni, Esq.

_s/ Sarah Janette Swartzberg_
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:   (352) 547-3623
E-mail:      sarah.swartzberg@usdoj.gov