

| 2110 First Street, Suite 3-137<br>Fort Myers, Florida 33901<br>239/461-2200<br>239/461-2219 (Fax) | **U.S. Department of Justice**<br>*United States Attorney*<br>*Middle District of Florida* | 300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202<br>904/301-6300<br>904/301-6310 (Fax) |
|---|---|---|
| 35 SE 1st Avenue, Suite 300<br>Ocala, Florida 34471<br>352/547-3600<br>352/547-3623 (Fax) | ——————<br>**Main Office**<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>813/274-6000<br>813/274-6358 (Fax) | 400 West Washington Street, Suite 3100<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax) |

**Reply to:** Ocala, FL                                                                 **SSG**

September 15, 2023

Serbo C. Simeoni
700 N. McMullen Booth Rd, Ste. A-7
Clearwater, Florida 33759

       Re: *United States v. Viviana Rodriguez*
          Case No. 5:23-cr-81-JA-PRL

Dear Mr. Simeoini:

     In connection with you request or the discovery materials in the above-referenced matter, please be advised that discovery materials have been uploaded to USAfx for your review. The materials will be available for you to download for the next 60 days. If you find that any of the materials are missing or defective, please contact me and I will provide you with a replacement.

     The specific files uploaded for your review consist of the following:

| | | | |
|---|---|---|---|
| 📁 4473 | 9/15/2023 1:20 PM | File folder | |
| 📁 Firearms Trace Summary and Multiple Sales Reports | 9/15/2023 1:19 PM | File folder | |
| 📁 Jail Calls | 9/12/2023 12:29 PM | File folder | |
| 📁 Other | 9/15/2023 1:51 PM | File folder | |
| 📁 ROIs | 9/15/2023 1:40 PM | File folder | |
| 📄 Search Warrant 5 23-mj-1179-PRL Package - Signed.pdf | 8/2/2023 4:59 PM | Adobe Acrobat D... | 4,420 KB |
| 📄 Search Warrant Package 5 23-mj-1198-PRL.pdf | 8/16/2023 4:03 PM | Adobe Acrobat D... | 1,339 KB |
| 📄 Wilson Cell Phone SW 5 23-m-1172-PRL_SIGNED.pdf | 7/25/2023 2:07 PM | Adobe Acrobat D... | 1,275 KB |

     The folder titled "4473" contains two subfolders: "Wilson" and "Rodriguez." The files contained within the "Wilson" folder are as follows:

| Name | Date | Type | Size |
|---|---|---|---|
| 1_10_2022_Wilson.pdf | 9/11/2023 3:26 PM | Adobe Acrobat D... | 2,310 KB |
| 1_14_2022_Wilson.pdf | 9/11/2023 3:27 PM | Adobe Acrobat D... | 2,291 KB |
| 1_15_2023_Wilson.pdf | 9/12/2023 12:14 PM | Adobe Acrobat D... | 207 KB |
| 1_20_2023_Wilson.pdf | 9/12/2023 12:15 PM | Adobe Acrobat D... | 202 KB |
| 2_1_2022_Wilson.pdf | 9/11/2023 3:25 PM | Adobe Acrobat D... | 2,364 KB |
| 2_8_2022_Wilson.pdf | 9/11/2023 3:25 PM | Adobe Acrobat D... | 2,364 KB |
| 2_14_2023_Wilson.pdf | 9/12/2023 12:15 PM | Adobe Acrobat D... | 259 KB |
| 3_9_2023_Wilson.pdf | 9/11/2023 4:56 PM | Adobe Acrobat D... | 1,380 KB |
| 3_18_2022_Wilson.pdf | 9/11/2023 3:28 PM | Adobe Acrobat D... | 2,361 KB |
| 3_21_2023_Wilson.pdf | 9/12/2023 12:16 PM | Adobe Acrobat D... | 290 KB |
| 3_24_2022_Wilson.pdf | 9/11/2023 3:29 PM | Adobe Acrobat D... | 2,916 KB |
| 3_24_2022_Wilson_Pawn Bros.pdf | 9/11/2023 4:26 PM | Adobe Acrobat D... | 3,534 KB |
| 3_25_2022_Wilson.pdf | 9/11/2023 4:34 PM | Adobe Acrobat D... | 2,425 KB |
| 4_2_2022_Wilson.pdf | 9/11/2023 4:37 PM | Adobe Acrobat D... | 3,426 KB |
| 4_4_2022_Wilson.pdf | 9/11/2023 4:37 PM | Adobe Acrobat D... | 2,389 KB |
| 4_4_2023_Wilson.pdf | 9/12/2023 8:56 AM | Adobe Acrobat D... | 2,673 KB |
| 4_8_2023_Wilson.pdf | 9/11/2023 5:02 PM | Adobe Acrobat D... | 1,436 KB |
| 4_16_2022_Wilson.pdf | 9/11/2023 4:39 PM | Adobe Acrobat D... | 3,428 KB |
| 5_10_2023_Wilson.pdf | 9/12/2023 12:17 PM | Adobe Acrobat D... | 203 KB |
| 5_10_2023_Wilson_Error.pdf | 9/12/2023 12:18 PM | Adobe Acrobat D... | 195 KB |
| 5_11_2023_Error.pdf | 9/12/2023 12:18 PM | Adobe Acrobat D... | 223 KB |
| 5_14_2022_Wilson.pdf | 9/11/2023 4:39 PM | Adobe Acrobat D... | 2,341 KB |
| 6_7_2023_Wilson.pdf | 9/12/2023 12:19 PM | Adobe Acrobat D... | 150 KB |
| 6_28_2022_Wilson.pdf | 9/11/2023 4:40 PM | Adobe Acrobat D... | 3,387 KB |
| 6_29_2023_Wilson.pdf | 9/12/2023 9:00 AM | Adobe Acrobat D... | 2,180 KB |
| 7_2_2023_Wilson.pdf | 9/12/2023 8:59 AM | Adobe Acrobat D... | 2,926 KB |
| 7_8_2022_Wilson.pdf | 9/11/2023 4:41 PM | Adobe Acrobat D... | 2,946 KB |
| 7_9_2022_Wilson.pdf | 9/11/2023 4:41 PM | Adobe Acrobat D... | 2,420 KB |
| 7_16_2022_Wilson.pdf | 9/11/2023 4:42 PM | Adobe Acrobat D... | 2,941 KB |
| 7_18_2023_Wilson.pdf | 9/12/2023 8:58 AM | Adobe Acrobat D... | 2,626 KB |
| 7_23_2022_Wilson.pdf | 9/11/2023 4:43 PM | Adobe Acrobat D... | 5,457 KB |
| 8_1_2022_Wilson.pdf | 9/11/2023 4:43 PM | Adobe Acrobat D... | 3,354 KB |
| 8_8_2022_Wilson.pdf | 9/11/2023 4:44 PM | Adobe Acrobat D... | 2,425 KB |
| 8_25_2022_Wilson.pdf | 9/11/2023 4:44 PM | Adobe Acrobat D... | 2,933 KB |
| 9_24_2022_Wilson.pdf | 9/11/2023 4:45 PM | Adobe Acrobat D... | 2,887 KB |
| 10_5_2022_Wilson.pdf | 9/7/2023 9:35 AM | Adobe Acrobat D... | 2,104 KB |
| 10_31_2022_Wilson.pdf | 9/7/2023 9:36 AM | Adobe Acrobat D... | 3,621 KB |
| 11_2_2022_Wilson.pdf | 9/11/2023 4:23 PM | Adobe Acrobat D... | 3,420 KB |

| | | | |
|---|---|---|---|
| 11_26_2022_Wilson.pdf | 9/11/2023 4:22 PM | Adobe Acrobat D... | 3,397 KB |
| 11_27_2022_Wilson.pdf | 9/11/2023 4:21 PM | Adobe Acrobat D... | 3,502 KB |
| 12_1_2022_Wilson.pdf | 9/11/2023 4:20 PM | Adobe Acrobat D... | 2,388 KB |
| 12_6_2022_Wilson.pdf | 9/7/2023 9:38 AM | Adobe Acrobat D... | 3,163 KB |
| 12_9_2022_Wilson.pdf | 9/11/2023 3:30 PM | Adobe Acrobat D... | 2,354 KB |
| 12_16_2022_Wilson.pdf | 9/11/2023 3:31 PM | Adobe Acrobat D... | 2,328 KB |

The files contained within the "Rodriguez" folder within the "4473" folder are as follows:

| | | | |
|---|---|---|---|
| 2_10_2023_Rodriguez.pdf | 9/12/2023 12:24 PM | Adobe Acrobat D... | 204 KB |
| 3_11_2023_Rodriguez.pdf | 9/11/2023 4:58 PM | Adobe Acrobat D... | 1,679 KB |
| 4_4_2022_Rodriguez.pdf | 9/11/2023 4:49 PM | Adobe Acrobat D... | 2,320 KB |
| 4_7_2023_Rodriguez.pdf | 9/11/2023 5:00 PM | Adobe Acrobat D... | 1,196 KB |
| 5_13_2022_Rodriguez.pdf | 9/12/2023 12:20 PM | Adobe Acrobat D... | 220 KB |
| 6_3_2022_Rodriguez.pdf | 9/7/2023 8:57 AM | Adobe Acrobat D... | 3,244 KB |
| 6_13_2022_Rodriguez.pdf | 9/7/2023 8:58 AM | Adobe Acrobat D... | 2,212 KB |
| 6_17_2022_Rodriguez.pdf | 9/7/2023 8:59 AM | Adobe Acrobat D... | 3,310 KB |
| 7_8_2023_Rodriguez.pdf | 9/12/2023 8:58 AM | Adobe Acrobat D... | 2,063 KB |
| 7_15_2022_Rodriguez.pdf | 9/7/2023 9:00 AM | Adobe Acrobat D... | 2,777 KB |
| 7_23_2022_Rodriguez.pdf | 9/12/2023 12:22 PM | Adobe Acrobat D... | 265 KB |
| 7_25_2023_Rodriguez.pdf | 9/12/2023 8:57 AM | Adobe Acrobat D... | 2,615 KB |
| 8_3_2022_Rodriguez.pdf | 9/12/2023 12:22 PM | Adobe Acrobat D... | 211 KB |
| 8_12_2022_Rodriguez.pdf | 9/11/2023 4:51 PM | Adobe Acrobat D... | 2,294 KB |
| 8_26_2022_Rodriguez.pdf | 9/11/2023 4:53 PM | Adobe Acrobat D... | 2,292 KB |
| 9_23_2022_Rodriguez.pdf | 9/6/2023 3:20 PM | Adobe Acrobat D... | 3,223 KB |
| 11_2_2022_Rodriguez.pdf | 9/12/2023 12:23 PM | Adobe Acrobat D... | 246 KB |
| 12_16_2022_Rodriguez.pdf | 9/7/2023 8:55 AM | Adobe Acrobat D... | 2,163 KB |

The files within the "Firearms Trace Summary and Multiple Sales Reports" folder are as follows:

| | | |
|---|---|---|
| Residence | 9/12/2023 12:41 PM | File folder |
| Rodriguez | 9/12/2023 12:41 PM | File folder |
| Wilson | 9/12/2023 12:40 PM | File folder |

The "Residence" folder contains the following:

| | | | |
|---|---|---|---|
| 8_4_2023_Recovery_Firearms Trace Summary 1.pdf | 9/7/2023 12:26 PM | Adobe Acrobat D... | 333 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 2.pdf | 9/7/2023 12:27 PM | Adobe Acrobat D... | 474 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 3.pdf | 9/7/2023 12:29 PM | Adobe Acrobat D... | 479 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 4.pdf | 9/7/2023 12:29 PM | Adobe Acrobat D... | 334 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 5.pdf | 9/7/2023 12:29 PM | Adobe Acrobat D... | 478 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 6.pdf | 9/7/2023 12:30 PM | Adobe Acrobat D... | 478 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 7.pdf | 9/7/2023 12:30 PM | Adobe Acrobat D... | 478 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 8.pdf | 9/7/2023 12:30 PM | Adobe Acrobat D... | 434 KB |
| 8_4_2023_Recovery_Firearms Trace Summary 9.pdf | 9/7/2023 12:31 PM | Adobe Acrobat D... | 479 KB |

*Please note that these are the firearms trace summary reports for the firearms that were recovered at Wilson and Rodriguez's residence when it was searched pursuant to the search warrant in 5:23-mj-1179-PRL.*

The files contained within the "Rodriguez" folder are as follows:

| | | | |
|---|---|---|---|
| 5_27_2022_Rodriguez_Firearms Trace Summary.pdf | 9/7/2023 10:31 AM | Adobe Acrobat D... | 485 KB |
| 6_17_2022_Rodriguez_Firearms Trace Summary.pdf | 9/6/2023 3:16 PM | Adobe Acrobat D... | 524 KB |
| 6_17_2022_Rodriguez_Multiple Sale Summary.pdf | 9/6/2023 3:16 PM | Adobe Acrobat D... | 378 KB |
| 6_25_2022_Firearms Trace Summary_Rodriguez.pdf | 9/11/2023 3:23 PM | Adobe Acrobat D... | 466 KB |
| 6_25_2022_Multiple Sale Report_Rodriguez.pdf | 9/11/2023 3:23 PM | Adobe Acrobat D... | 361 KB |
| 6_25_2022_Rodriguez_Firearms Trace Summary 1.pdf | 9/7/2023 10:18 AM | Adobe Acrobat D... | 486 KB |
| 6_25_2022_Rodriguez_Firearms Trace Summary 2.pdf | 9/7/2023 10:30 AM | Adobe Acrobat D... | 474 KB |
| 6_25_2022_Rodriguez_Firearms Trace Summary.pdf | 9/7/2023 9:59 AM | Adobe Acrobat D... | 487 KB |
| 8_3_2022_Rodriguez_Firearms Trace Summary.pdf | 9/7/2023 10:31 AM | Adobe Acrobat D... | 483 KB |
| 9_23_2022_Rodriguez_Multiple Sale Summary.pdf | 9/6/2023 3:16 PM | Adobe Acrobat D... | 380 KB |
| 10_1_2014_Rodriguez_Firearms Trace Summary.pdf | 9/7/2023 10:30 AM | Adobe Acrobat D... | 420 KB |
| 11_26_2022_Rodriguez_Firearms Trace Summary.pdf | 9/7/2023 12:17 PM | Adobe Acrobat D... | 480 KB |

The files contained within the "Wilson" folder are as follows:

| File | Date Modified | Type | Size |
|---|---|---|---|
| 12_9_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:49 AM | Adobe Acrobat D... | 360 KB |
| 11_27_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:49 AM | Adobe Acrobat D... | 445 KB |
| 11_27_2022_Wilson_Firearms Trace Summary.pdf | 9/7/2023 9:58 AM | Adobe Acrobat D... | 695 KB |
| 11_27_2022_Wilson_Firearms Trace Summary 1.pdf | 9/7/2023 9:59 AM | Adobe Acrobat D... | 482 KB |
| 11_27_202_Wilson_Firearms Trace Summary.pdf | 9/7/2023 12:15 PM | Adobe Acrobat D... | 503 KB |
| 11_26_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:48 AM | Adobe Acrobat D... | 373 KB |
| 11_2_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:47 AM | Adobe Acrobat D... | 358 KB |
| 10_31_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:31 AM | Adobe Acrobat D... | 346 KB |
| 10_31_2022_Wilson_Multiple Sale Summary 1.pdf | 9/7/2023 9:48 AM | Adobe Acrobat D... | 375 KB |
| 10_31_2022_Wilson_Firearm Trace Summary.pdf | 9/7/2023 9:33 AM | Adobe Acrobat D... | 433 KB |
| 10_31_2022_Wilson_Firearm Trace Summary 1.pdf | 9/7/2023 10:13 AM | Adobe Acrobat D... | 483 KB |
| 9_24_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:47 AM | Adobe Acrobat D... | 364 KB |
| 8_1_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:46 AM | Adobe Acrobat D... | 377 KB |
| 7_23_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:46 AM | Adobe Acrobat D... | 361 KB |
| 7_23_2022_Wilson_Multiple Sale Report.pdf | 9/11/2023 2:36 PM | Adobe Acrobat D... | 327 KB |
| 7_23_2022_Wilson_Firearms Trace Summary.pdf | 9/7/2023 9:50 AM | Adobe Acrobat D... | 519 KB |
| 7_23_2022_Wilson_Firearms Trace Summary 1.pdf | 9/7/2023 10:00 AM | Adobe Acrobat D... | 502 KB |
| 7_23_2022_Firearms Trace Summary_Wilson.pdf | 9/11/2023 2:36 PM | Adobe Acrobat D... | 470 KB |
| 7_16_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:45 AM | Adobe Acrobat D... | 369 KB |
| 7_16_2022_Wilson_Firearms Trace Summary.pdf | 9/7/2023 9:50 AM | Adobe Acrobat D... | 503 KB |
| 7_16_2022_Wilson_Firearms Trace Summary 1.pdf | 9/7/2023 10:01 AM | Adobe Acrobat D... | 490 KB |
| 6_28_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:45 AM | Adobe Acrobat D... | 358 KB |
| 4_16_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:44 AM | Adobe Acrobat D... | 392 KB |
| 4_16_2022_Wilson_Firearms Trace Summary.pdf | 9/7/2023 9:51 AM | Adobe Acrobat D... | 509 KB |
| 4_16_2022_Wilson_Firearms Trace Summary 2.pdf | 9/7/2023 10:02 AM | Adobe Acrobat D... | 499 KB |
| 4_16_2022_Wilson_Firearms Trace Summary 1.pdf | 9/7/2023 10:00 AM | Adobe Acrobat D... | 491 KB |
| 4_4_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:44 AM | Adobe Acrobat D... | 372 KB |
| 3_25_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:43 AM | Adobe Acrobat D... | 353 KB |
| 3_24_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:43 AM | Adobe Acrobat D... | 368 KB |
| 2_14_2023_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:32 AM | Adobe Acrobat D... | 285 KB |
| 2_14_2023_Wilson_Multiple Sale Summary 1.pdf | 9/7/2023 10:15 AM | Adobe Acrobat D... | 347 KB |
| 2_9_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:42 AM | Adobe Acrobat D... | 370 KB |
| 1_14_2022_Wilson_Multiple Sale Summary.pdf | 9/7/2023 9:42 AM | Adobe Acrobat D... | 380 KB |

The "Jail Calls" folder contains the following:

| File | Date | Type | Size |
|---|---|---|---|
| 10.36.101.21-3d1590fd0a2465155d890f1bb32372e0.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 16,232 KB |
| 10.36.101.21-6b507d4d0a2465155d890f1b7a5f8c29.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,832 KB |
| 10.36.101.21-7c3c89620a2465155d890f1bb7039b54.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 15,945 KB |
| 10.36.101.21-36eb4ed80a2465155d890f1b5bc4ed74.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 15,870 KB |
| 10.36.101.21-51e99bb50a2465155d890f1bfc3fb15d.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 15,235 KB |
| 10.36.101.21-57fc0cd60a2465155d890f1b34795728.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 8,335 KB |
| 10.36.101.21-76a7754c0a2465155d890f1b0b61b4de.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 3,313 KB |
| 10.36.101.21-86d26be20a2465155d890f1bae667fc1.wav | 9/12/2023 9:46 AM | WAV Audio File (V... | 16,829 KB |
| 10.36.101.21-484f31430a2465155d890f1b4c77f547.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 16,182 KB |
| 10.36.101.21-653a72290a2465155d890f1ba07f225b.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,529 KB |
| 10.36.101.21-2784c87b0a2465155d890f1be668054c.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,329 KB |
| 10.36.101.21-7082ea700a2465155d890f1bebd3a61d.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 15,848 KB |
| 10.36.101.21-81397c0e0a2465155d890f1b12498516.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 13,629 KB |
| 10.36.101.21-e9d8957b0a2465152fa238a6becd0a4d.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 15,845 KB |
| 10.36.101.21-e071cc300a2465152fa238a615736c6d.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 15,423 KB |
| 10.36.101.21-ea6c80670a2465152fa238a662a1ac7e.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 15,788 KB |
| 10.36.101.21-f9621ebe0a2465152fa238a6792bfee1.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 16,632 KB |
| 10.36.101.21-ff580df60a2465155d890f1b32aa7522.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 16,460 KB |
| 10.36.101.22-0a0b52ee0a246516473727f3e1608447.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 16,616 KB |
| 10.36.101.22-2cb548d30a246516473727f3a8751925.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,395 KB |
| 10.36.101.22-2df2c9db0a246516473727f3a8e548f1.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,082 KB |
| 10.36.101.22-3cf274400a246516473727f3659b9fbe.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 8,510 KB |
| 10.36.101.22-19b827e70a246516473727f3e9c77011.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 16,570 KB |
| 10.36.101.22-74ba4f180a246516473727f3d2df22ed.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 16,470 KB |
| 10.36.101.22-84a7e3880a246516473727f3c570ee57.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 7,182 KB |
| 10.36.101.22-588077990a246516473727f3cb29eb90.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 14,070 KB |
| 10.36.101.22-dcf784a90a24651609eda308d9d8c22b.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,648 KB |
| 10.36.101.22-e192c78c0a24651609eda3089047cd2e.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 9,141 KB |
| 10.36.101.23-0b50a9390a246517202d95e6e7ed2f91.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 16,251 KB |
| 10.36.101.23-1dcc59780a246517202d95e63b829cd9.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 8,432 KB |
| 10.36.101.23-1f68f3720a246517202d95e605761c66.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 9,635 KB |
| 10.36.101.23-70a0c6d70a2465173f9013bbaeba7810.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 6,213 KB |
| 10.36.101.23-230b47c10a246517202d95e6212ab8bd.wav | 9/12/2023 9:31 AM | WAV Audio File (V... | 16,182 KB |
| 10.36.101.23-1550877e0a246517202d95e6733cba89.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 15,854 KB |
| 10.36.101.23-cd19a4d00a246517202d95e6384eabad.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 16,048 KB |
| 10.36.101.23-d04d2a300a246517202d95e61d577623.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 15,829 KB |
| 10.36.101.23-dcb858990a246517202d95e6dc423ab3.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,529 KB |
| 10.36.101.23-df9477aa0a246517202d95e6f57750cb.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 15,610 KB |

| File | Date | Type | Size |
|---|---|---|---|
| 10.36.101.23-e5e7607b0a246517202d95e6afab2f32.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 16,970 KB |
| 10.36.101.23-ef76cc9d0a246517202d95e6c1ee4251.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 16,229 KB |
| 10.36.101.23-eff6b9210a246517202d95e6eeeab146.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 16,032 KB |
| 10.36.101.23-f4374e0d0a246517202d95e659310458.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 16,332 KB |
| 10.36.101.23-f6433f720a246517202d95e6d47db607.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 15,798 KB |
| 10.36.101.24-3dc457ea0a2465185b7f8d5bd13bdfae.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 13,451 KB |
| 10.36.101.24-5aec95870a2465185b7f8d5bdb7e651f.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 16,382 KB |
| 10.36.101.24-6c5d98820a2465185b7f8d5b89cbf55c.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 10,454 KB |
| 10.36.101.24-08d1c3f80a24651861976c4e6579a46f.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 3,548 KB |
| 10.36.101.24-79de34fe0a2465185b7f8d5b2ed45210.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 16,613 KB |
| 10.36.101.24-147ec69a0a24651861976c4e118e9ab5.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 15,988 KB |
| 10.36.101.24-806c39890a2465185b7f8d5ba0575f9e.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 16,316 KB |
| 10.36.101.24-4347b6160a2465185b7f8d5bd4363ea1.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 14,188 KB |
| 10.36.101.24-8421a90b0a2465185b7f8d5b7cfee3c2.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 16,779 KB |
| 10.36.101.24-51931dc30a2465185b7f8d5bc02fe4c2.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 16,266 KB |
| 10.36.101.24-005301010a24651861976c4e7154b898.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 16,329 KB |
| 10.36.101.24-cd6ab4a00a24651861976c4e1709cc99.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 11,632 KB |
| 10.36.101.24-cd7754a80a24651861976c4e3ab6bcdc.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 8,757 KB |
| 10.36.101.24-d7bae6150a24651861976c4e9368c3c1.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 13,638 KB |
| 10.36.101.24-d5922f3b0a24651861976c4ef0556dae.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 15,879 KB |
| 10.36.101.24-e74dd6500a24651861976c4ee456f6b8.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 13,995 KB |
| 10.36.101.24-f014e2440a24651861976c4e743ff4e1.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 15,241 KB |
| 10.36.101.25-03d711840a2465196aa202608a38fbc2.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 16,076 KB |
| 10.36.101.25-55c5c87d0a246519191abe49379f68d7.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 15,948 KB |
| 10.36.101.25-243bf32e0a2465196aa20260a5d62243.wav | 9/12/2023 9:31 AM | WAV Audio File (V... | 8,195 KB |
| 10.36.101.25-d731a7e00a2465196aa202607f0611c5.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,951 KB |
| 10.36.101.25-d1911c7d0a2465196aa20260e79802e1.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 16,032 KB |
| 10.36.101.25-ec1660890a2465196aa20260500b51dd.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 16,354 KB |
| 10.36.101.26-00e6f9210a24651a4b203a62ec5cbd24.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 16,423 KB |
| 10.36.101.26-4cf8f0460a24651a2c401ff8acb90e40.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 16,248 KB |
| 10.36.101.26-6d1459300a24651a2c401ff8ba52aa2c.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,482 KB |
| 10.36.101.26-7f0ab1170a24651a2c401ff89cc79613.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 5,460 KB |
| 10.36.101.26-36fb579d0a24651a4b203a62f8c2f3c4.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 16,529 KB |
| 10.36.101.26-43d6fc3a0a24651a2c401ff8fbcb07a9.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 16,495 KB |
| 10.36.101.26-66d16f210a24651a2c401ff817d603e9.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,432 KB |
| 10.36.101.26-290eed1e0a24651a4b203a626bcf93df.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,266 KB |

| | | | |
|---|---|---|---|
| 10.36.101.26-420d253b0a24651a2c401ff84391e5ac.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 15,973 KB |
| 10.36.101.26-dbdce8eb0a24651a4b203a62129737ad.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,923 KB |
| 10.36.101.26-e6efcc290a24651a4b203a62fc8f8d24.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 15,907 KB |
| 10.36.101.26-e218ebdb0a24651a4b203a6214551671.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 15,266 KB |
| 10.36.101.26-ea7cd23e0a24651a4b203a62b26d3eed.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 10,091 KB |
| 10.36.101.26-f6c1d0f30a24651a4b203a62333a4a96.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 16,060 KB |
| 10.36.101.26-f55c3db00a24651a4b203a625e57ec59.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 16,057 KB |
| 10.36.101.26-f070b0680a24651a4b203a62cde767b9.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 15,907 KB |
| 10.36.101.27-2efcc40f0a24651b6aa2026056f6d382.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,066 KB |
| 10.36.101.27-4dd41cbd0a24651b5a957cc38d0d8fe0.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 13,332 KB |
| 10.36.101.27-22ec83a10a24651b6aa20260758768ba.wav | 9/12/2023 9:31 AM | WAV Audio File (V... | 6,076 KB |
| 10.36.101.27-131b8d3d0a24651b6aa20260b5c226b5.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 16,179 KB |
| 10.36.101.27-5153f8780a24651b5a957cc38eed8651.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 4,760 KB |
| 10.36.101.27-6025aab90a24651b5a957cc36d24d47b.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 16,282 KB |
| 10.36.101.27-226376d20a24651b6aa202606dfc6425.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 16,451 KB |
| 10.36.101.27-daeb6ddd0a24651b6aa202609e387791.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,851 KB |
| 10.36.101.28-1d3d25df0a24651c37abfe53f28c1f9e.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 16,335 KB |
| 10.36.101.28-6f880cdc0a24651c260cd7b33f24a883.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,454 KB |
| 10.36.101.28-24fbfc420a24651c37abfe53c24f9319.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 16,107 KB |
| 10.36.101.28-33fedde60a24651c37abfe5357ba7484.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 16,638 KB |
| 10.36.101.28-39a5131a0a24651c37abfe5313ede794.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 16,032 KB |
| 10.36.101.28-61e907c40a24651c260cd7b3124aba15.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 15,626 KB |
| 10.36.101.28-84e4a2520a24651c260cd7b3517c57c0.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 2,566 KB |
| 10.36.101.28-466b51570a24651c260cd7b3d871e281.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 7,526 KB |
| 10.36.101.28-570ad6470a24651c260cd7b3c8e14912.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 15,960 KB |
| 10.36.101.28-849be1f10a24651c260cd7b3e6c4620e.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 11,182 KB |
| 10.36.101.28-20059a0f0a24651c37abfe537a2be6aa.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 8,970 KB |
| 10.36.101.28-d7aae7e20a24651c37abfe53f4c5b829.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 15,588 KB |
| 10.36.101.28-f42741000a24651c37abfe53b0ffeb4a.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 15,629 KB |
| 10.36.144.21-4b9245bd0a249015736f59c5c5d97449.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 15,873 KB |
| 10.36.144.21-6a62919f0a249015736f59c56f334b4c.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 16,407 KB |
| 10.36.144.21-7efa04b30a249015736f59c5d74dfe76.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 16,704 KB |
| 10.36.144.21-24c0e2060a249015736f59c507a40ca8.wav | 9/12/2023 9:31 AM | WAV Audio File (V... | 15,998 KB |
| 10.36.144.21-31fc26be0a249015736f59c58e400592.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 5,891 KB |
| 10.36.144.21-37be21870a249015736f59c5f1225951.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 8,632 KB |
| 10.36.144.21-492ccf7f0a249015736f59c5df25c6ee.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 16,276 KB |

| File | Date | Type | Size |
|---|---|---|---|
| 10.36.144.21-1807cfd70a249015335321ca7c708d63.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 15,163 KB |
| 10.36.144.21-d2a4d9760a249015335321caa4bc40f7.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 7,063 KB |
| 10.36.144.21-d20796030a249015335321ca5bcfc2dd.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 7,960 KB |
| 10.36.144.21-ec6124010a249015335321caa8fc2c2d.wav | 9/12/2023 9:26 AM | WAV Audio File (V... | 15,938 KB |
| 10.36.144.21-f58d056c0a249015335321ca08f8ca03.wav | 9/12/2023 9:27 AM | WAV Audio File (V... | 16,076 KB |
| 10.36.144.21-feb34ccd0a249015335321ca95156a55.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 14,460 KB |
| 10.36.144.22-0ad8d3af0a24901631eab86bf62b6b97.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 16,429 KB |
| 10.36.144.22-08d5a45d0a24901631eab86bcd0a59ba.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 13,673 KB |
| 10.36.144.22-d1e5273f0a24901631eab86bdc057422.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 6,166 KB |
| 10.36.144.22-d6e2cdde0a24901631eab86b7b2fbdb0.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 10,857 KB |
| 10.36.144.22-da7ad19f0a24901631eab86bcb81b07b.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 16,376 KB |
| 10.36.144.22-dbd9e9a30a24901631eab86bcfdcf519.wav | 9/12/2023 9:24 AM | WAV Audio File (V... | 2,370 KB |
| 10.36.144.70-0e90c5520a2490461c7eabe24c18c24f.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 16,095 KB |
| 10.36.144.70-1dd54ad50a2490461c7eabe2ad2039c8.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 14,923 KB |
| 10.36.144.70-1f72ed5a0a2490461c7eabe2b0051220.wav | 9/12/2023 9:30 AM | WAV Audio File (V... | 16,548 KB |
| 10.36.144.70-3c28ac1f0a2490461c7eabe20ba36316.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 16,291 KB |
| 10.36.144.70-4c51850c0a2490465a957cc3af7225e2.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 11,551 KB |
| 10.36.144.70-08e74cd80a2490461c7eabe23223ae03.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 14,438 KB |
| 10.36.144.70-62daeca90a2490465a957cc342352a91.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 12,620 KB |
| 10.36.144.70-67f35a610a2490465a957cc33d762083.wav | 9/12/2023 9:43 AM | WAV Audio File (V... | 13,888 KB |
| 10.36.144.70-776ca31a0a2490465a957cc3f55ae109.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 16,176 KB |
| 10.36.144.70-7650f2ac0a2490465a957cc3dcc9357f.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 12,166 KB |
| 10.36.144.70-8954d3780a2490465a957cc33a4b70a0.wav | 9/12/2023 9:46 AM | WAV Audio File (V... | 16,385 KB |
| 10.36.144.70-537017e00a2490465a957cc3232d45ff.wav | 9/12/2023 9:42 AM | WAV Audio File (V... | 16,123 KB |
| 10.36.144.70-860971a80a2490465a957cc321bc5a8c.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 5,204 KB |
| 10.36.144.70-855161190a2490465a957cc34f977a84.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 16,413 KB |
| 10.36.144.70-d67fc2c20a2490461c7eabe2772e43f4.wav | 9/12/2023 9:12 AM | WAV Audio File (V... | 7,620 KB |
| 10.36.144.70-d181bbbb0a2490461c7eabe25b8bc1e6.wav | 9/12/2023 9:11 AM | WAV Audio File (V... | 14,607 KB |
| 10.36.144.70-dfa4cbbc0a2490461c7eabe2342798e7.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 15,588 KB |
| 10.36.144.70-e702a64c0a2490461c7eabe2ac7d86d7.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 14,229 KB |
| 10.36.144.138-50aaef960a24908a613eeecd4106b309.wav | 9/12/2023 9:41 AM | WAV Audio File (V... | 15,873 KB |
| 10.36.144.138-75b852b00a24908a613eeecdb5108d3b.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 16,673 KB |
| 10.36.148.13-0ffcd5a10a24940d4e76eebb9eefe89b.wav | 9/12/2023 9:29 AM | WAV Audio File (V... | 15,707 KB |
| 10.36.148.13-2a2ea11c0a24940d5a957cc31a2ab285.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 11,676 KB |
| 10.36.148.13-2ea92e4f0a24940d5a957cc357adfd20.wav | 9/12/2023 9:38 AM | WAV Audio File (V... | 3,238 KB |
| 10.36.148.13-3e5762090a24940d5a957cc33503015c.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 16,613 KB |
| 10.36.148.13-099aef000a24940d4e76eebb736a5115.wav | 9/12/2023 9:28 AM | WAV Audio File (V... | 16,198 KB |
| 10.36.148.13-412e5d790a24940d5a957cc36c8f8ab6.wav | 9/12/2023 9:40 AM | WAV Audio File (V... | 13,245 KB |
| 10.36.148.13-770bfac20a24940d5a957cc396d5610b.wav | 9/12/2023 9:44 AM | WAV Audio File (V... | 5,016 KB |
| 10.36.148.13-84328b1d0a24940d5a957cc34b6bea03.wav | 9/12/2023 9:45 AM | WAV Audio File (V... | 15,988 KB |
| 10.36.148.13-3924636e0a24940d5a957cc3ceef42fb.wav | 9/12/2023 9:39 AM | WAV Audio File (V... | 11,963 KB |
| 10.36.148.13-e5dda5140a24940d4e76eebb294ce8ed.wav | 9/12/2023 9:25 AM | WAV Audio File (V... | 3,932 KB |

The "Other" folder contains the following:

| Name | Date | Type | Size |
|---|---|---|---|
| 1_10_2022 Purchase Receipt.pdf | 9/11/2023 3:26 PM | Adobe Acrobat D... | 231 KB |
| 1_14_2022_Purchase Receipt.pdf | 9/11/2023 3:27 PM | Adobe Acrobat D... | 221 KB |
| 3_9_2023_Purchase Receipt.pdf | 9/15/2023 1:41 PM | Adobe Acrobat D... | 531 KB |
| 3_11_2023_Purchase Receipt.pdf | 9/15/2023 1:42 PM | Adobe Acrobat D... | 479 KB |
| 3_17_2022 Purchase Receipt.pdf | 9/11/2023 3:29 PM | Adobe Acrobat D... | 216 KB |
| 3_24_2023_Purchase Receipt.pdf | 9/11/2023 4:36 PM | Adobe Acrobat D... | 227 KB |
| 4 Corners Pawn Wilson Profile.pdf | 9/7/2023 12:21 PM | Adobe Acrobat D... | 751 KB |
| 4 Corners Pawn_Rodriguez Customer Profile.pdf | 9/7/2023 9:55 AM | Adobe Acrobat D... | 537 KB |
| 4 Corners Pawn_Rodriguez.pdf | 9/6/2023 3:18 PM | Adobe Acrobat D... | 1,189 KB |
| 4 Corners Pawn_Wilson.pdf | 9/7/2023 9:34 AM | Adobe Acrobat D... | 746 KB |
| 4 Corners Receipt.pdf | 9/11/2023 4:02 PM | Adobe Acrobat D... | 18,482 KB |
| 4_2_2022_Purchase Reciept.pdf | 9/11/2023 4:38 PM | Adobe Acrobat D... | 235 KB |
| 4_7_2023_Purchase Receipt.pdf | 9/15/2023 1:43 PM | Adobe Acrobat D... | 949 KB |
| 5_14_2022 Purchase Receipt.pdf | 9/11/2023 4:39 PM | Adobe Acrobat D... | 191 KB |
| 8_12_2022_Purchase Receipt.pdf | 9/11/2023 4:52 PM | Adobe Acrobat D... | 204 KB |
| 8_26_2022_Purchase Receipt.pdf | 9/11/2023 4:53 PM | Adobe Acrobat D... | 224 KB |
| 12_9_2022_Purchase Receipt.pdf | 9/11/2023 3:30 PM | Adobe Acrobat D... | 199 KB |
| 12_16_2022_Purchase Receipt.pdf | 9/11/2023 3:31 PM | Adobe Acrobat D... | 220 KB |
| 767070-23-0033 4 Corners Pawn Profile.pdf | 8/10/2023 6:27 PM | Adobe Acrobat D... | 72 KB |
| 767070-23-0033 Traces and MS 8-10-23.pdf | 8/10/2023 7:17 PM | Adobe Acrobat D... | 1,974 KB |
| ATF Referral.pdf | 9/11/2023 2:37 PM | Adobe Acrobat D... | 592 KB |
| Inventory from Residential Search Warrant.pdf | 9/7/2023 9:56 AM | Adobe Acrobat D... | 4,928 KB |
| Pawn Bros Wilson Customer Profile.pdf | 9/7/2023 12:22 PM | Adobe Acrobat D... | 3,549 KB |
| Photos of Messages from Wilsons Phone 1.pdf | 9/7/2023 9:38 AM | Adobe Acrobat D... | 1,261 KB |
| Photos of Messages from Wilsons Phone.pdf | 9/7/2023 9:37 AM | Adobe Acrobat D... | 1,116 KB |
| Pictures of Messages from Wilson's Phone.pdf | 9/7/2023 12:24 PM | Adobe Acrobat D... | 913 KB |
| Quebec Firearm 2.pdf | 9/7/2023 10:38 AM | Adobe Acrobat D... | 409 KB |
| Quebec Firearm.pdf | 9/7/2023 10:13 AM | Adobe Acrobat D... | 430 KB |
| r_r_767070-23-0033 MISC. Docs-Current earning and wage, trace, MS and repts.pdf | 9/15/2023 1:46 PM | Adobe Acrobat D... | 1,663 KB |
| r_Report Canada.pdf | 9/12/2023 1:04 PM | Adobe Acrobat D... | 399 KB |
| r_Toronto Report.pdf | 9/12/2023 1:00 PM | Adobe Acrobat D... | 3,961 KB |
| r_Wilson Blue Ribbon.pdf | 9/15/2023 1:49 PM | Adobe Acrobat D... | 1,371 KB |
| r_Wilson Earning and Wage Report.pdf | 9/15/2023 1:49 PM | Adobe Acrobat D... | 344 KB |
| r_Wilson Earnings and Wages as of August 2, 2023.pdf | 9/15/2023 1:49 PM | Adobe Acrobat D... | 348 KB |
| r_Wilson NCIC.pdf | 9/15/2023 1:50 PM | Adobe Acrobat D... | 174 KB |
| Receipt 4 Corners.pdf | 9/7/2023 9:40 AM | Adobe Acrobat D... | 229 KB |
| Recovery Tabe.pdf | 9/7/2023 10:16 AM | Adobe Acrobat D... | 556 KB |
| Rodriguez Blue Ribbon.pdf | 9/12/2023 9:07 AM | Adobe Acrobat D... | 222 KB |
| Rodriguez Consent to Search Phone.pdf | 9/12/2023 6:53 PM | Adobe Acrobat D... | 58 KB |
| Rodriguez Earnings and Wages.pdf | 9/7/2023 9:54 AM | Adobe Acrobat D... | 1,483 KB |
| Rodriguez_NCIC.pdf | 9/7/2023 9:52 AM | Adobe Acrobat D... | 194 KB |
| SA Harrison Notes about purchases.pdf | 9/12/2023 9:04 AM | Adobe Acrobat D... | 35,235 KB |
| Surveillance 4 Corners Pawn 01-10 (2).m4v | 1/17/2023 2:30 PM | M4V Video File (V... | 93,328 KB |
| Surveillance 4 Corners Pawn 01-10.m4v | 1/17/2023 2:36 PM | M4V Video File (V... | 39,102 KB |
| Wilson Firearms Purchase Excel Spreadsheet January 2022 through January 2023.pdf | 9/7/2023 9:52 AM | Adobe Acrobat D... | 1,157 KB |
| WILSON Interview 7-27.MP3 | 6/18/2023 3:04 PM | MP3 Audio File (V... | 53,618 KB |
| Wilson-Rodriguez Interviews 8-4-23.m4a | 8/7/2023 1:46 PM | M4A Audio File (V... | 17,530 KB |

The "ROI" folder contains the following:

| | | | |
|---|---|---|---|
| 767070-23-0033 ROI 1's.pdf | 8/10/2023 5:44 PM | Adobe Acrobat D... | 232 KB |
| 767070-23-0033 ROI 2(A).pdf | 8/10/2023 5:47 PM | Adobe Acrobat D... | 5,770 KB |
| 767070-23-0033 ROI 2(B).pdf | 8/10/2023 5:50 PM | Adobe Acrobat D... | 2,941 KB |
| 767070-23-0033 ROI 2(C).pdf | 8/10/2023 5:52 PM | Adobe Acrobat D... | 2,773 KB |
| 767070-23-0033 ROI 3.pdf | 8/10/2023 5:54 PM | Adobe Acrobat D... | 41 KB |
| 767070-23-0033 ROI 4.pdf | 8/10/2023 5:55 PM | Adobe Acrobat D... | 1,263 KB |
| 767070-23-0033 ROI 5.pdf | 8/10/2023 5:57 PM | Adobe Acrobat D... | 238 KB |
| 767070-23-0033 ROI 6.pdf | 8/10/2023 5:59 PM | Adobe Acrobat D... | 92 KB |
| 767070-23-0033 ROI 7.pdf | 8/10/2023 5:59 PM | Adobe Acrobat D... | 30 KB |
| 767070-23-0033 ROI 8.pdf | 8/10/2023 6:01 PM | Adobe Acrobat D... | 551 KB |
| ROI 9.pdf | 9/12/2023 12:12 PM | Adobe Acrobat D... | 162 KB |
| ROI 10.pdf | 9/12/2023 12:13 PM | Adobe Acrobat D... | 249 KB |

*Please note, there may be duplicate copies of some of the documents provided. I did not want to risk inadvertently leaving out a document by attempting to eliminate the duplicates, so I am providing them to you largely in the manner I received them (which included multiples).*

*Also, I have labeled the individual 4473 forms with purchase date and purchaser. I followed a similar label format for other documents such as the firearms trace summaries, multiple sales reports, and purchase receipts. I have done this to hopefully make the large number of documents more manageable for your review. Please let me know if you have any questions.*

**Additionally, there are two items of discovery that are not able to be uploaded to USAfx due to the size of the files. Wilson and Rodriguez's phone extractions. Rodriguez's phone extraction has been uploaded onto a flash drive. It will be mailed to the address we discussed. I will provide tracking information via email once it is available. Wilson's phone extraction is very large, we will continue to discuss the best way to provide it.**

For your information, should you ever wish to review any of the original discovery materials, or to inspect my file at the United States Attorney's Office, please contact me and I gladly will schedule an appointment. Furthermore, if there are any materials that you feel you are entitled to and have not yet received, including any other items referenced in the discovery materials themselves, please contact me so that I may obtain copies on your behalf. Should you wish to examine any of the items listed as evidence in this letter or in the discovery materials, I will gladly schedule an appointment with you.

Pursuant to Fed. R. Crim. P. 16(a), please be advised of the following:

1.      With respect to the substance of any oral statement which the government intends to offer in evidence at trial made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent, please be advised that there are currently such statements known to the government.  The statements are contained in the audio recorded interview and ROIs.

2.      As soon as we obtain any judgments concerning the defendant, they will be forwarded to you.  Please be advised that we may seek to introduce evidence pursuant to Federal Rules of Evidence, Section 404(b), with regard to, <u>inter alia</u>, any prior actions by the defendant.

3.      With regard to the above-listed items, they are available for you to inspect upon reasonable notice.

> **NOTE: please contact me to arrange a physical inspection of any of the above-listed items as well as any other items listed as recovered property in the attached discovery materials.**

4.      I have provided your office with copies of law enforcement records which are relevant to the above-noted case.  I will forward any additional records which come into my possession upon receipt.

5.       I have provided your office with the following reports of examinations and tests:

N/A

6.      We intend to use the following expert witnesses:

None at this time. If that change, you will be notified accordingly.

The witness' opinions, bases and the reasons for those opinions and the witness' qualifications are:

N/A

7.      We are aware of continuing discovery obligations pursuant to Fed. R. Crim. P. 16(c) and will make you aware of such materials as soon as practicable if such materials come to our attention.

8.      Pursuant to Fed. R. Crim. P. 16(b), the United States requests the following:

a.      Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial.  Fed. R. Crim. P. 16(b)(1)(A).

b.      Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony.  Fed. R. Crim. P. 16(b)(1)(B).

c.      A written summary of testimony that the defendant intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, describing the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications.  Fed. R. Crim. P. 16 (b)(1)(C).

9.      Pursuant to Fed. R. Crim. P. 12.1, the United States hereby requests that the defendant provide notice of any intended alibi defense. Rule 12.1 requires that the defendant's notice state specifically each place where the defendant claims to have been at the time of the alleged offense and the name, address, and telephone number of each alibi witness on whom the defendant intends to rely.

To be effective and capable of being accepted, plea offers from the United States must be in writing and contain all terms of the offer in a proposed written plea agreement.  Oral communications regarding a potential plea are merely preliminary plea discussions and do not constitute a formal plea offer from the United States.

If you have any questions concerning any of the foregoing, please do not hesitate to contact me.

Sincerely,

ROGER B. HANDBERG
United States Attorney

By:   *Sarah Swartzberg*

Sarah Janette Swartzberg
Assistant United States Attorney