UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 5:23-cr-81-JA-PRL

VIVIANA RODRIGUEZ

### GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the government during the sentencing hearing:

1.    Special Agent Thomas Harrison, ATF. The testimony of Special Agent Harrison is estimated to be 15 minutes in length.

2.    Foreign Service National Investigator Scott Ferguson, ATF.

3.    Task Force Officer Charlie Garcia, ATF.

Regarding ATF Foreign Service National Investigator Ferguson and Task Force Officer Garcia, it is the United States intention to only call one of the two agents for testimony during the sentencing hearing. The decision as to which agent will testify is one that will be made closer to the sentencing hearing, therefore, both agents are listed in an abundance of caution. For either agent, the estimated length of the testimony is 15 minutes.

The United States reserves the right to call additional witnesses, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:   /s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024746
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

U.S. v. Viviana Rodriguez                          Case No. 5:23-cr-81-JA-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Serbo Simeoni, Esq.

I hereby certify that on March 13, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by Hand Delivery to the following non-CM/ECF participant(s):

N/A

/s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:  (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

3